## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA C. WEST | : CIVIL ACTION |
| v. | : |
| SUN TRUST MORTGAGE, SUN TRUST BANK, SUN TRUST AFFILIANTS, SUN TRUST SUBSIDIARIES, FIDELITY TITLE COMPANY, TRACY C. BOGANS, EDWARD KENNER and THOMAS BAKER TITLE SERVICES, P.C. | : |

## ORDER

**NOW**, this 26th day of September, 2018, upon consideration of Plaintiff Angela C. West's Motion for Leave to Proceed *In Forma Pauperis* and *pro se* Complaint, it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Clerk of Court is **DIRECTED** to add Judge Guido to the docket as a Defendant in this matter.

4. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

5. West is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event that she can state a plausible claim for relief. Any individual or entity not listed in the caption of the amended complaint will not be treated as a defendant.

6. Any amended complaint must be a complete document that describes in detail the basis for West's claims against each defendant.

7. If West files an amended complaint, the Clerk shall not make service until so ordered.

8. The Clerk of Court is **DIRECTED** to send West a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing this civil action number.

9. If West fails to file an amended complaint, her case will be dismissed for failure to prosecute without further notice.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.