IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA C. WEST | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUN TRUST MORTGAGE, SUN TRUST BANK, SUN TRUST AFFILIANTS, SUN TRUST SUBSIDIARIES, FIDELITY TITLE COMPANY, TRACY C. BOGANS, EDWARD KENNER and THOMAS BAKER TITLE SERVICES, P.C. | : | NO. 18-3778 |

## ORDER

**NOW**, this 13th day of November, 2018, upon consideration of plaintiff Angela C. West's Amended Complaints (Document Nos. 6 and 7), it is **ORDERED** that the Amended Complaints are **DISMISSED**.[30]

/s/TIMOTHY J. SAVAGE

---

[30] The dismissal of the state law claims is without prejudice to West's right to pursue them in state court.